**Order entered May 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01666-CR
### No. 05-12-01667-CR

**ERASMO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-58343-Y & F10-61584-Y**

## ORDER

Appellant's May 1, 2014 motion requesting a free copy of the appellate record to file a petition for discretionary review is DENIED.

We DIRECT the Clerk to send a copy of this order, by first-class mail, to Erasmo Garcia, Number 1844756, George John Beto Unit, 1391 FM 3328, Tenn. Colony, Texas 75880-5000.

We also DIRECT the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/      LANA MYERS
         JUSTICE